# United States Court of Appeals for the Federal Circuit

## 2011-3050: JARRARD V JUSTICE

Merit Systems Protection Board

Lower Court/Agency #:  SF3330100815-I-1
Case Type:  Agency

Petition for Review Received:  12/28/2010
Petition for Review Filed:  12/28/2010
Docketed and Notice Sent to Parties:  12/29/2010
Certified List Filed:  02/15/2011

Fee Paid:  01/13/2011
Fee Amount:  450.00     Receipt No:  053807


Consolidated appeal:  2011-3051 (Disp.: 01/13/2012)

| Date | Event Summary |
|---|---|
|  | Nothing Due |
| 05/09/2011 | Appellant Principal Brief Filing Date |
| 06/28/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
|  | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 05/09/2011 | Appendix Filing Date |
| 11/09/2011 | Oral Argument Date/Calendared |
| 01/13/2012 | Disposition:  Affirmed; Panel |
| 03/05/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-3050: JARRARD V JUSTICE

## List of Parties/Representation

**Party Type/Name**                    **Represented by**

**Petitioner**

Thomas G. Jarrard                      Thomas G. Jarrard
                                         1020 N. Washington Street
                                         Spokane, WA  99201
                                         Phone #: (425)239-7290
                                         Email: TJarrard@att.net
                                         Bar admit: 05/27/2011
                                         EOA Filed: 01/12/2011
                                         Appearing Pro se

**Respondent**

Department of Justice                  Tara K. Hogan
                                         Department of Justice
                                         PO Box 480
                                         Ben Franklin Station
                                         Washington, DC  20044
                                         Phone #: (202)616-2228
                                         Fax #: (202)305-7643
                                         Email: tara.hogan@usdoj.gov
                                         Bar admit:  / /
                                         EOA Filed: 04/14/2011
                                         Principal Attorney

                                       Anuj Vohra
                                         Department of Justice
                                         Email: Anuj.Vohra@usdoj.gov
                                         Bar admit:  / /
                                         EOA Filed: 01/20/2011

# United States Court of Appeals for the Federal Circuit

## 2011-3050:  JARRARD V JUSTICE

| Party Type/Name | Represented by |
|---|---|
|  | Jill A. Weissman<br>  Department of Justice<br>  Email: jill.weissman@usdoj.gov<br>  Bar admit:   / /<br>  EOA Filed: 06/22/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-3050:  JARRARD V JUSTICE

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/29/2010 | F | 1 | Appeal docketed on 12/29/2010. EOD(12/29/2010 by CLT) 2011-3050 |
| 12/29/2010 | O | 2 | Official Caption.  Court Service - 12/29/10.  Filed: 12/29/10. REV(12/29/10 by CLT)  2011-3050 |
| 12/29/2010 | M | 3 | Petitioner [Thomas G. Jarrard] - Request to consolidate the appeals of SF3330100815-I-1 (2011-3050) and SF3330100024-I-1 (2011-3051).  Court Service - 12/29/10. Filed: 12/28/10. Action on Motion (9): Motion granted. The revised official caption is reflected in the order. Jarrard's consolidated initial brief is due within 40 days from the date of filing of this order. by Clerk. Filed: 03/31/11. EOD(12/29/10 by CLT) REV(03/31/11 by LS)  2011-3050 |
| 01/13/2011 | O | 4 | Entry of appearance for Thomas G. Jarrard, as pro se.  Mail Service - 01/10/11.  Filed: 01/12/11. REV(01/13/11 by SCN) 2011-3050 |
| 01/13/2011 | O | 5 | Petitioner's Fed.Cir.R. 15(c) Statement Concerning Discrimination, selected #1.  Mail Service - 01/10/11.  Filed: 01/12/11. REV(01/13/11 by CLT)  2011-3050 |
| 01/25/2011 | O | 6 | Entry of Appearance for Anuj Vohra as principal attorney on behalf of appellee, Department of Justice.  Mail Service - 01/20/11.  Filed: 01/20/11. REV(01/25/11 by SCN)  2011-3050 |
| 02/17/2011 | O | 7 | Certified List from MSPB.  Mail Service - 02/14/11.  Filed: 02/15/11. REV(02/17/11 by I40)  2011-3050 |
| 03/21/2011 | O | 8 | Letter sent by petitioner Thomas G. Jarrard regarding a status report of a motion requesting the consolidation of appeals 2011-3050 and 2011-3051.  Letter sent to SSA.  Not Served.  Filed: 03/21/11. REV(03/21/11 by CS)  2011-3050 |
| 03/31/2011 | O | 10 | Official caption revised pursuant to this court's order dated March 31, 2011.  Court Service - 03/31/11.  Filed: 03/31/11. REV(03/31/11 by LS)  2011-3050 |
| 04/21/2011 | O | 11 | Entry of Appearance for Tara K. Hogan, replacing Anuj Bohra, as principal counsel on behalf of the Respondent, Department of Justice.  Mail Service - 04/14/11.  Filed: 04/14/11. REV(05/04/11 by SC)  2011-3050 |

# United States Court of Appeals for the Federal Circuit

## 2011-3050: JARRARD V JUSTICE

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/10/2011 | B | 12 | Thomas G. Jarrard [Petitioner] - Combined Brief and Appendix. Mail Service-05/09/11. Filed: 05/09/11. REV(05/10/11 by SEW)  2011-3050 |
| 06/22/2011 | O | 13 | Entry of Appearance for Jill A. Weissman as counsel on behalf of respondent, Department of Justice.  Mail Service - 06/22/11. Filed: 06/22/11. REV(06/23/11 by SCN)  2011-3050 |
| 06/28/2011 | M | 14 | Respondent [Department of Justice] - Unopposed motion for an enlargement of time.  Mail Service - 06/23/11. Filed: 06/23/11. On consent. Action on Motion (15): GRANTED.  Brief due on or before June 30, 2011. by Clerk. Filed: 06/28/11. EOD(06/28/11 by CS)  2011-3050 |
| 06/29/2011 | B | 16 | Department of Justice [Respondent] - Brief and Supplemental Appendix of Respondents Department of Justice and Social Security Administration. Mail Service-06/28/11. Filed: 06/28/11.  REV(07/27/11 by C_C)  2011-3050 |
| 09/22/2011 | O | 17 | NOTICE OF CALENDARING issued. Panel: 1111H on November 9, 2011.  Entered: 09/22/11. EOD(09/22/11 by KSH)  2011-3050 |
| 10/06/2011 | O | 18 | Response to oral argument order from the petitioner, Thomas G. Jarrard stating that he will argue.  Mail Service - 09/26/11. Received: 10/03/11. REV(10/06/11 by LAW)  2011-3050 |
| 10/14/2011 | O | 19 | Response to oral argument order from the respondent, Department of Justice stating that Tara Hogan will argue.  Mail Service - 10/12/11.  Received: 10/12/11. REV(10/14/11 by LAW)  2011-3050 |
| 11/09/2011 | O | 20 | Submitted after ORAL ARGUMENT by Thomas Jarrard and Tara Hogan. Panel: Rader, Dyk and Reyna.  Entered: 11/09/2011. (EOD 11/09/2011 by KSH) 2011-3050 |
| 01/13/2012 | D | 21 | Disposition: Affirmed by Panel. Precedential Opinion by: J. Dyk. Judgment Entered: 01/13/12. No costs.  Opinion sent to parties: 01/13/12. Filed: 01/13/12. Mandate issued to the MSPB: 03/05/12. REV (03/05/12 by JS) 2011-3050 |
| 01/31/2012 | O | 22 | Errata Sheet to the precedential opinion issued January 13, 2012.  Court Service - 01/30/12.  Mailed: 01/30/12. REV(01/31/12 by CS)  2011-3050 |